JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 883 -- In re Peoples Heritage Savings Bank Promissory Note Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/04/02 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-24)--Filed by All Defendants -- SUGGESTED TRANSFEREE DISTRICT: S.D. NEW YORK -- SUGGESTED TRANSFEREE JUDGE: ? -- w/Exhibits A-C and cert. of svc. (received 4/1/91) (rh) |
| 91/04/15 | | APPEARANCE -- WILLIAM B. JOHNSON, ESQ. for People's Heritage Savings Bank (rh) |
| 91/04/16 | | HEARING ORDER -- setting motion of all defts. to transfer for Panel hearing in New York, N.Y., on May 31, 1991 (ds) |
| 91/05/10 | 2 | LETTER -- Movant -- Requesting permission to withdraw motion -- w/cert. of svc. (sg) |
| 91/05/15 | | ORDER DEEMING MOTION WITHDRAWN & ORDER VACATING THE MAY 31, 1991 HEARING -- Notified involved clerks, judges, and counsel (sg) |

JPML Form 1
⊕
Revised: 8/78

DOCKET NO. 883 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Peoples Heritage Savings Bank Promissory Note Litigation

SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | | | | | | |

Special Transferee Information

DATE CLOSED: 5/15/91

JPML FORM 1

# LISTING OF INVOLVED ACTIONS

DOCKET NO. 883 -- In re Peoples Heritage Savings Bank Promissory Note Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Peoples Heritage Savings Bank v. Jeffrey Ashkin, et al. | N.Y.,E. Raggi | 91-CV-4466 (RR) | | | | |
| A-2 | Peoples Heritage Savings Bank v. David Beccia, et al. | N.Y.,E. Raggi | 91-CV-4467 (RR) | | | | |
| A-3 | Peoples Heritage Savings Bank v. Gino Giorgini, Jr., et al. | N.Y.,,E. Raggi | 91-CV-4468 (RR) | | | | |
| A-4 | Peoples Heritage Savings Bank v. Aaron Harrison, et al. | N.Y.,E. Raggi | 91-CV-4469 (RR) | | | | |
| A-5 | Peoples Heritage Savings Bank v. William Frank | N.Y.,E. Raggi | 91-CV-4470 (RR) | | | | |
| A-6 | Peoples Heritage Savings Bank v. Rudolph Fabrizio | N.Y.,E. Raggi | 91-CV-4472 (RR) | | | | |
| A-7 | Peoples Heritage Savings Bank v. John Egner, et al. | N.Y.,E. Raggi | 91-CV-4473 (RR) | | | | |
| A-8 | Peoples Heritage Savings Bank v. Kenneth Hurst, et al. | N.Y.,E. Raggi | 91-CV-4465 (RR) | | | | |
| A-9 | Peoples Heritage Savings Bank v. Joseph Fasciana | N.Y.,S. Wood | 91-CV-419 (KMW) | | | | |

DOCKET NO. 883 -- In re Peoples Heritage Savings Bank Promissory Note Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Peoples Heritage Savings Bank v. Ronald Houseman, et al. | N.Y.,S. Wood | 91-CV-420 (KMW) | | | | |
| A-11 | Peoples Heritage Savings Bank v. John J. Meaney, et al. | N.Y.,S. Wood | 91-CV-421 (KMW) | | | | |
| A-12 | Peoples Heritage Savings Bank v. Rudolfo T. Domingo, et al. | N.Y.,S. Wood | 91-CV-422 (KMW) | | | | |
| A-13 | Peoples Heritage Savings Bank v. William S. Callion, et al. | N.Y.,S. Wood | 91-CV-423 (KMW) | | | | |
| A-14 | Peoples Heritage Savings Bank v. Edward J. Kineke, et al. | N.Y.,S. Wood | 91-CV-424 (KMW) | | | | |
| A-15 | Peoples Heritage Savings Bank v. Eldo S. Netto, Jr. | N.Y.,S. Wood | 91-CV-425 (KMW) | | | | |
| A-16 | Peoples Heritage Savings Bank v. Eduardo Rodriguez, et al. | N.Y.,S. Wood | 91-CV-426 (KMW) | | | | |
| A-17 | Peoples Heritage Savings Bank v. Myron I. Kleiner, et al. | N.Y.,S. Wood | 91-CV-427 (KMW) | | | | |
| A-18 | Peoples Heritage Savings Bank v. Paul M. Hyman, et al. | N.Y.,S. Wood | 91-CV-428 (KMW) | | | | |

DOCKET NO. 883 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-19 | Peoples Heritage Savings Bank v. Steven Mintzer, et al. | N.Y.,S. Wood | 91-CV-429 (KMW) | | | | |
| A-20 | Peoples Heritage Savings Bank v. Moshe Dekel, et al. | N.Y.,S. Wood | 91-CV-430 (KMW) | | | | |
| A-21 | Peoples Heritage Savings Bank v. Harvey Manes | N.Y.,S. Wood | 91-CV-521 (KMW) | | | | |
| A-22 | Peoples Heritage Savings Bank v. Stanley E. Blyska, et al. | N.Y.,S. Wood | 91-CV-522 (KMW) | | | | |
| A-23 | Peoples Heritage Savings Bank v. John L. Berry | N.Y.,S. Griesa | 91-CV-408 (TPG) | | | | |
| A-24 | Peoples Heritage Savings Bank v. Maurine V. Hess | N.Y.,S. Griesa | 91-CV-409 (TPG) | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 883 -- In re Peoples Heritage Savings Bank Promissory Note Litigation

---

PEOPLES HERITAGE SAVINGS BANK
(A-1 THRU A-24)
William B. Johnson, Esq.
Battle & Fowler
280 Park Ave.
26th Floor, West Building
New York, NY 10017

JEFFREY ASHKIN
FRAN ASHKIN
DAVID BECCIA
JESSICA BECCIA
GINO GIORGINI, JR.
RITA GIORGINI
AARON HARRISON
RHODA HARRISON
WILLIAM FRANK
RUDOLPH FABRIZIO
JOHN EGNER
PATRICIA EGNER
KENNETH HURST
MARIAN HURST
JOSEPH FASCIANA
RONALD HOUSEMAN
WANDA HOUSEMAN
JOHN J. MEANEY
BARBAREE P. MEANEY
RUDOLFO T. DOMINGO
BERNADETTE M. DOMINGO
WILLIAM S. CALLION
MELVINA B. CALLION
EDWARD J. KINEKE
JOYCE A. KINEKE
ELDO S. NETTO, JR.
EDUARDO RODRIGUEZ
GINETTE RODRIGUEZ
MYRON I. KLEINER
HANNA KLEINER
PAUL M. HYMAN
Defendants continued

DIANA HYMAN
STEVEN MINTZER
GAIL MINTZER
MOSHE DEKEL
LINDA DEKEL
HARVEY MANES
STANLEY E. BLYSKAL
FLORENCE D. BLYSKAL
JOHN L. BERRY
MAURINE V. HESS
Gary Trachten, Esq. (No App. Rec'd)
Kudman & Trachten
350 Fifth Ave., Suite 1423
New York, NY 10118

JPML FORM 3



COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 883 -- In re Peoples Heritage Savings Bank Promissory Note Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Jeffrey Ashkin | A-1 |
| Fran Ashkin | A-1 |
| David Beccia | A-2 |
| Jessica Beccia | A-2 |
| Gino Giorgini, Jr. | A-3 |
| Rita Giorgini | A-3 |
| Aaron Harrison | A-4 |
| Rhoda Harrison | A-4 |
| William Frank | A-5 |
| Rudolph Fabrizio | A-6 |
| John Egner | A-7 |

| Name | |
|---|---|
| Patricia Egner | A-7 |
| Kenneth Hurst | A-8 |
| Marian Hurst | A-8 |
| Joseph Fasciana | A-9 |
| Ronald Houseman | A-10 |
| Wanda Houseman | A-10 |
| John J. Meaney | A-11 |
| Barbaree P. Meaney | A-11 |
| Rudolfo T. Domingo | A-12 |
| Bernadette M. Domingo | A-12 |
| William S. Callion | A-13 |

JPML FORM 3



COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 883 --

| Name of Party | Named as Party in Following Actions |
|---|---|
| Melvina B. Callion | A- 13 |
| Edward J. Kineke | A- 14 |
| Joyce A. Kineke | A- 14 |
| Eldo S. Netto, Jr. | A- 15 |
| Eduardo Rodriguez | A- 16 |
| Ginette Rodriguez | A- 16 |
| Myron I. Kleiner | A- 17 |
| Hanna Kleiner | A- 17 |
| Paul M. Hyman | A- 18 |
| Diana Hyman | A- 18 |
| Steven Mintzer | A- 19 |

| | |
|---|---|
| Gail Mintzer | A-19 |
| Moshe Dekel | A-20 |
| Linda Dekel | A-20 |
| Harvey Manes | A-21 |
| Stanley E. Blyskal | A-22 |
| Florence D. Blyskal | A-22 |
| John L. Berry | A-23 |
| Maurine V. Hess | A-24 |
| | |
| | |
| | |