JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAY 15 91

PATRICIA D. HOWARD
CLERK OF THE PANEL

*DOCKET NO. 883*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE PEOPLES HERITAGE SAVINGS BANK PROMISSORY NOTE LITIGATION*

*ORDER DEEMING MOTION WITHDRAWN*
*AND*
*VACATING THE MAY 31, 1991 HEARING*

    This matter is before the Panel on motion of all defendants in the actions listed on the attached Schedule A to centralize the actions in a single district, pursuant to 28 U.S.C §1407, for coordinated or consolidated pretrial proceedings. All these actions were originally pending in either the Eastern or Southern Districts of New York. On May 10, 1991, movants notified the Panel that the actions pending in the Southern District of New York were transferred, by stipulation of all parties, to the Eastern District of New York. Accordingly, movants are withdrawing their motion before the Panel.

    IT IS THEREFORE ORDERED that movants' request to withdraw their Section 1407 motion be granted, and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

    IT IS FURTHER ORDERED that the Hearing Order and attached Schedule filed on April 16, 1991, be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

John F. Nangle
Chairman

## SCHEDULE A

### MDL-883 -- *In re Peoples Heritage Savings Bank Promissory Note Litigation*

#### Eastern District of New York

Peoples Heritage Savings Bank v. Jeffrey Ashkin, et al., C.A. No. 91 CV 4466 (RR)
Peoples Heritage Savings Bank v. David Beccia, et al., C.A. No. 91 CV 4467 (RR)
Peoples Heritage Savings Bank v. Gino Giorgini, Jr., et al., C.A. No. 91 CV 4468 (RR)
Peoples Heritage Savings Bank v. Aaron Harrison, et al., C.A. No. 91 CV 4469 (RR)
Peoples Heritage Savings Bank v. William Frank, C.A. No. 91 CV 4470 (RR)
Peoples Heritage Savings Bank v. Rudolph Fabrizio, C.A. No. 91 CV 4472 (RR)
Peoples Heritage Savings Bank v. John Egner, et al., C.A. No. 91 CV 4473 (RR)
Peoples Heritage Savings Bank v. Kenneth Hurst, et al., C.A. No. 91 CV 4465 (RR)

#### Southern District of New York

Peoples Heritage Savings Bank v. Joseph Fascinia, C.A. No. 91 CV 419 (KMW)
Peoples Heritage Savings Bank v. Ronald Houseman, et al., C.A. No. 91 CV 420 (KMW)
Peoples Heritage Savings Bank v. John J. Meany, et al., C.A. No. 91 CV 421 (KMW)
Peoples Heritage Savings Bank v. Rudolph T. Domingo, et al., C.A. No. 91 CV 422 (KMW)
Peoples Heritage Savings Bank v. William S. Callion, et al., C.A. No. 91 CV 423 (KMW)
Peoples Heritage Savings Bank v. Edward J. Kineke, et al., C.A. No. 91 CV 424 (KMW)
Peoples Heritage Savings Bank v. Eldo S. Netto, Jr., C.A. No. 91 CV 425 (KMW)
Peoples Heritage Savings Bank v. Eduardo Rodriguez, et al., C.A. No. 91 CV 426 (KMW)
Peoples Heritage Savings Bank v. Myron I. Kleiner, et al., C.A. No. 91 CV 427 (KMW)
Peoples Heritage Savings Bank v. Paul M. Hyman, et al., C.A. No. 91 CV 428 (KMW)
Peoples Heritage Savings Bank v. Steven Mintzer, et al., C.A. No. 91 CV 429 (KMW)
Peoples Heritage Savings Bank v. Moshe Dekel, et al., C.A. No. 91 CV 430 (KMW)
Peoples Heritage Savings Bank v. Harvey Manes, C.A. No. 91 CV 521 (KMW)
Peoples Heritage Savings Bank v. Stanley E. Blyskal, et al., C.A. No. 91 CV 522 (KMW)
Peoples Heritage Savings Bank v. John L. Berry, C.A. No. 91 CV 408 (KMW)
Peoples Heritage Savings Bank v. Maurine V. Hess, C.A. No. 91 CV 409 (KMW)